**Fill in this information to identify the case**

United States Bankruptcy Court for the:

District of __Delaware__
(State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Golfsmith International Holdings, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  16-1634847

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11000 North IH-35 | |
| Number      Street | Number        Street |
| | P.O. Box |
| Austin      TX      78753 | |
| City      State      ZIP Code | City      State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Travis | |
| County | Number        Street |
| | |
| | City      State      ZIP Code |

5. **Debtor's website** (URL)  www.golfsmith.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

WEIL:\95808615\6\48930.0008

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax- entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>4511</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes   District _____   When _____   Case number _____
                                    MM/ DD/ YYYY
             District _____   When _____   Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes   Debtor   <u>See attached Schedule 1</u>    Relationship _____
             District _____   When   <u>September 14, 2016</u>
             Case number, if known _____       MM / DD / YYYY

WEIL:\95808615\6\48930.0008

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| --- | --- |

| City | State | ZIP Code |
| --- | --- | --- |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact Name _____
Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

**(on a consolidated basis)**

| | | |
| --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☒ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

**(on a consolidated basis)**

| | | |
| --- | --- | --- |
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

**(on a consolidated basis)**

| | | |
| --- | --- | --- |
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

WEIL:\95808615\6\48930.0008

| Debtor | Golfsmith International Holdings, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 14, 2016___
MM / DD / YYYY

×  _____      Brian E. Cejka
Signature of authorized representative of debtor      Printed name

Chief Restructuring Officer
Title

**18. Signature of attorney**

× /s/ Mark D. Collins                                        Date    September 14, 2016
Signature of attorney for debtor                                    MM / DD / YYYY

Mark D. Collins
Printed Name

Richards, Layton & Finger, PA
Firm Name

One Rodney Square 920 North King Street
Number        Street

Wilmington                              DE                19801
City                                    State             ZIP Code

(302) 617-7700                          Collins@rlf.com
Contact phone                           Email address

2981                                    DE
Bar Number                              State

**Signature of attorney**

×  _____      Date    September 14, 2016
Signature of attorney for debtor                                    MM / DD / YYYY

Michael F. Walsh
Printed Name

Weil, Gotshal & Manges, LLP
Firm Name

767 Fifth Avenue
Number        Street

New York                                NY                10153
City                                    State             ZIP Code

(212) 310-8000                          Michael.walsh@weil.com
Contact phone                           Email address

N/A                                     NY
Bar Number                              State

WEIL:\95808615\8\46930.0008

## Schedule 1

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. Additional information about the relationship between each entity is contained in the *Declaration of Brian E. Cejka in Support of the Debtors' Chapter 11 Petitions and First Day Relief*, which has been filed contemporaneously herewith.

| COMPANY | CASE NUMBER | DATE FILED | DISTRICT | JUDGE |
|---|---|---|---|---|
| Golfsmith International Holdings, Inc. | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |
| GMAC Holdings, LLC | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |
| Golf Town USA Holdco Limited | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |
| Golf Town USA Holdings Inc. | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |
| Golfsmith USA, LLC | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |
| Golfsmith 2 GP, L.L.C. | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |
| Golfsmith Europe, L.L.C. | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |
| Golfsmith Incentive Services, L.L.C. | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |
| Golfsmith International, Inc. | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |
| Golfsmith International, L.P. | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |
| Golfsmith Licensing, L.L.C. | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |
| Golfsmith NU, L.L.C. | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |
| Golf Town USA, L.L.C. | 16-_____ ( ) | September 14, 2016 | Delaware | Pending |

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

## OF

## GOLFSMITH INTERNATIONAL HOLDINGS, INC.

---

The undersigned, being all the directors of Golfsmith International Holdings, Inc., a Delaware corporation (the "**Company**"), pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, DO HEREBY CONSENT to the adoption of, and DO HEREBY ADOPT, the following resolutions:

**RESOLVED**, that in the judgment of the Board of Directors of the Company (the "**Board of Directors**") it is desirable and in the best interests of the Company and its stakeholders that the Company seek relief under the provisions of chapter 11 ("**Chapter 11**"), title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

**RESOLVED**, that Brian Cejka be, and hereby is, elected to serve as the Chief Restructuring Officer of the Company and he shall hold such office until his successor is elected or until his earlier resignation or removal; and it is further

**RESOLVED**, that each officer of the Company (each an "**Authorized Person**") shall be, and hereby is, authorized and directed on behalf of the Company to commence a case under Chapter 11 of the Bankruptcy Code (the "**Company Chapter 11 Case**") by preparing, executing, verifying and delivering a voluntary petition (the "**Petition**") in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") in such form and at such time as the Authorized Person executing said Petition shall determine, thereby commencing the Company Chapter 11 Case in the appropriate court, and to prepare, execute, verify and deliver such statements, schedules, exhibits, and reports as may be required from time to time by the Bankruptcy Court or the federal and local rules of bankruptcy procedure, and to take all other actions necessary or appropriate in connection with the Company Chapter 11 Case or any superseding or other bankruptcy case; and it is further

**RESOLVED**, that the Authorized Persons are authorized and directed to finalize and implement a going concern sale and partial chain liquidation plan and, in the alternative, a full chain liquidation plan, store liquidation and lease modification plan,

substantially in accordance with the summary thereof presented to the Board of Directors, subject to such modifications thereto as the Board of Directors and Authorized Persons may deem necessary or advisable in order to give effect to and carry out the general purposes of such plan; provided that no sale, lease or transfer of all or substantially all of the assets of the Company shall be effected without approval of the Bankruptcy Court in accordance with Section 303 of the General Corporation Law of the State of Delaware; and it is further

**RESOLVED,** that each Authorized Person shall be, and hereby is, authorized and directed on behalf of the Company, as sole stockholder of Golfsmith International, Inc., to take any and all action required, if any, for such entity to commence a case under Chapter 11 of the Bankruptcy Code and otherwise to allow such entity to seek relief under the provisions of Chapter 11 of the Bankruptcy Code, including but not limited to executing and delivering any written consent as sole stockholder of each such entity or any other document in its capacity as sole stockholder of each such entity in connection with such case under Chapter 11; and it is further

**RESOLVED,** that the Company is authorized to seek to have the Company Chapter 11 Case jointly administered by the Bankruptcy Court with any separate cases commenced by any subsidiary or affiliate of the Company under Chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"); and it is further

**RESOLVED,** that each Authorized Person shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take all actions necessary or appropriate for the Company to obtain post-petition financing according to the terms negotiated by such Authorized Person, including under one or more debtor-in-possession credit facilities (the "**DIP Financing**"), including, without limitation, that certain Senior Secured, Super-Priority Debtor-In-Possession Credit Agreement (the "**DIP Credit Agreement**"), to be dated on or around the date hereof, by and among the Company, as a Borrower (as defined in the DIP Credit Agreement), the other Borrowers party thereto, the other Credit Parties (as defined in the DIP Credit Agreement) party thereto, Antares Capital LP, as administrative agent, and the lenders party thereto, and to effectuate the foregoing, to enter into such agreements, documents, notes, guaranties, certificates, security agreements, pledge agreements, Secured Bank Product Agreements (as defined in the DIP Credit Agreement) and all other documents, agreements or instruments (collectively, with the DIP Credit Agreement, the "**Credit Documents**") as may be deemed

necessary or appropriate by the Authorized Person; in each case subject to the approval of the Bankruptcy Court; and it is further

**RESOLVED**, that it is in the best interests and to the benefit of the Company and the other Borrowers obtain loans pursuant to the DIP Credit Agreement and to enter into and perform its obligations in connection with the DIP Credit Agreement and each other Credit Document, including granting security interests in all or substantially all of its assets in accordance with the DIP Credit Agreement; and it is further

**RESOLVED**, that it is necessary and convenient in connection with the business conducted and proposed to be conducted by the Company to enter into each Credit Document in accordance with the DIP Credit Agreement and to guarantee the obligations of the other Borrowers and the other Guarantors (as defined in the DIP Credit Agreement); and it is further

**RESOLVED**, that the form, terms and provisions of each of (i) the DIP Credit Agreement, including the use of proceeds to provide liquidity for the Company throughout the Company Chapter 11 Case, substantially in the form presented to the Board of Directors and (ii) any and all of the other Credit Documents authorized, executed, delivered, reaffirmed, verified and/or filed in connection with the DIP Financing and the Company's performance of its obligations thereunder, including the guarantees of payment and performance contemplated thereunder and the granting of security in, and liens on, any and all property of the Company to secure the obligations and liabilities of the Company thereunder and, are hereby, in all respects confirmed, ratified and approved; and it is further

**RESOLVED**, that the proceeds of any DIP Financing shall be used (i) to satisfy the obligations of the Company, (ii) to pay for fees and expenses associated with any debtor-in-possession credit facilities, (iii) to continue the conduct of the affairs of the Company under the Company Chapter 11 Case, and (iv) for general company purposes, in each case in accordance with the DIP Credit Agreement; and it is further

**RESOLVED**, that the Company be, and it hereby is, authorized, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Person, including, without limitation, the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Company; and it is further

**RESOLVED**, that each Authorized Person be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify

3

and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, declarations, schedules, statements, motions, lists, applications, pleadings and other documents, agreements and papers, including all Credit Documents; and to take any and all actions that the Authorized Person deems necessary or appropriate; each in connection with the Chapter 11 Cases, any post-petition financing or any cash collateral usage contemplated hereby, and, the taking of any such action shall constitute conclusive evidence of the approval of such Authorized Person and the authority of such Authorized Person hereunder; and it is further

RESOLVED, that each Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain (i) Weil, Gotshal & Manges LLP, as counsel to the Company in the Company Chapter 11 Case; (ii) Richards, Layton & Finger, P.A., as co-counsel to the Company in the Company Chapter 11 Case; (iii) Alvarez & Marsal North America, LLC, as financial advisors to the Company in the Company Chapter 11 Case; (iv) Jefferies LLC, as investment banker to the Company in the Company Chapter 11 Case; (v) Prime Clerk LLC, as claims, noticing and solicitation agent to the Company in the Company Chapter 11 Case; and (v) Goodmans LLP, as Canadian counsel to the Company in the Company Chapter 11 Case; and further

RESOLVED, that each Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Person to assist the Company in carrying out its responsibilities in the Chapter 11 Cases; and it is further

RESOLVED, that each Authorized Person be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

4

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Company Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed.

[Signature Page Follows]

This Consent may be executed in one or more counterparts.

The Secretary of the Company is hereby directed to place an executed copy of this Consent in the minutes of the proceedings of the Board of Directors.

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of the Company, have this Unanimous Written Consent on the dates set forth below.

By: _____
      Name: David Roussy
      Title: Director
      Date: September 13, 2016

By: _____
      Name: David Bushland
      Title: Director
      Date:

By: _____
      Name: Phil Mauchel
      Title: Director
      Date:

[SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF DIRECTORS OF GOLFSMITH INTERNATIONAL HOLDINGS, INC]

This Consent may be executed in one or more counterparts.

The Secretary of the Company is hereby directed to place an executed copy of this Consent in the minutes of the proceedings of the Board of Directors.

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of the Company, have this Unanimous Written Consent on the dates set forth below.

By: _____
    Name: David Roussy
    Title: Director
    Date:

By: _____
    Name: David Bushland
    Title: Director
    Date: September 13, 2016

By: _____
    Name: Phil Mauchel
    Title: Director
    Date:

[SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF DIRECTORS OF GOLFSMITH INTERNATIONAL HOLDINGS, INC.]

This Consent may be executed in one or more counterparts.

The Secretary of the Company is hereby directed to place an executed copy of this Consent in the minutes of the proceedings of the Board of Directors.

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of the Company, have this Unanimous Written Consent on the dates set forth below.

By: _____
    Name: David Roussy
    Title: Director
    Date:

By: _____
    Name: David Bushland
    Title: Director
    Date:

By: _____
    Name: Phil Mauchel
    Title: Director
    Date: September 13, 2016

[SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF DIRECTORS OF GOLFSMITH INTERNATIONAL HOLDINGS, INC.]

| Fill in this information to identify the case: |
|---|
| Debtor Name  Golfsmith International Holdings, Inc. |
| United States Bankruptcy Court for the: District of ____ Delaware ____<br>(State) |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br><br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Callaway Golf | Callaway Golf<br>Attn:  Oliver "Chip" Brewer, President & CEO and Zach Fridman<br>2180 Rutherford Rd.<br>Carlsbad, California 92008<br>Tel:  760-931-1771<br>Fax:  760-804-4242<br>Email: Non-Managementdirectors@Callawaygolf.com<br>Zach.Friedman@Callawaygolf.com | Trade Debt | | | | $5,496,722.84 |
| 2  Taylormade Golf Co. Inc | Taylormade Golf Co. Inc<br>Attn:  David Abeles, President & Ceo and Katie Peterson<br>5545 Fermin Court<br>Carlsbad, CA  92008<br>Tel:  760-918-6000<br>Fax:  760-918-6008<br>Katie.Peterson@Tmag.com | Trade Debt | | | | $5,118,250.68 |
| 3  Nike USA, Inc. | Nike USA, Inc.<br>Attn:  Mark Parker, Chairman, President & Ceo and Christy Barlett<br>One Bowerman Dr.<br>Beaverton, OR  97005<br>Tel:  800-344-6453<br>Fax:  503-532-6708<br>Christy.Bartlett@Nike.com | Trade Debt | | | | $3,474,165.42 |
| 4  PING Inc. | PING Inc.<br>Attn:  John A. Solheim, Chairman & Ceo and Dawn Ruelas<br>2201 W. Desert Cove<br>Phoenix, AZ  85029<br>Tel:  602-687-5000<br>Fax:  602-687-5015<br>Dawnr@Ping.com | Trade Debt | | | | $2,351,464.75 |

| Debtor | Golfsmith International Holdings, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|---|---|---|
| 5   Titleist/Acushnet Co. | Titleist/Acushnet Co. Attn: Wally Uihlein, Chairman & Ceo and Cheryl Mendoza 333 Bridge Street Fairhaven, Ma 02719 Tel: 508-979-2000 Fax: 508-979-3927 Credit_Team@Acushnetgolf.com | Trade Debt | | $2,131,022.55 |
| 6   Footjoy, Inc. | Footjoy, Inc. Attn: Wally Uihlein, Chairman & Ceo and Donna Grant 333 Bridge Street Fairhaven, Ma 02719 Tel: 508-979-2000 Fax: 508-979-3927 Donna_Grant@Acushnetgolf.com | Trade Debt | | $1,863,889.82 |
| 7   Cobra Puma Golf Inc. | Cobra Puma Golf Inc. Attn: Mark C. Mcclure, Ceo & Director and Jim Ayalde 1818 Aston Carlsbad, CA 92008 Tel: 760-929-0377 Fax: 760-929-0374 Jim.Ayalde@Cobrapuma.com | Trade Debt | | $1,825,787.05 |
| 8   Garmin USA, Inc | Garmin USA, Inc Attn: Andrew R. Etkind, Secretary & General Counsel and Cameron West 1200 E 151 Street Olathe, KS 66062 Tel: 913-397-8200 Fax: 913-397-8282 Cameron.West@Garmin.com | Trade Debt | | $1,284,621.52 |
| 9   Bushnell Holdings Inc | Bushnell Holdings Inc Attn: Robert Caulk, Principal and Dorothy Gilmore 9200 Cody St. Overland Park, KS 66214 Tel: 913-752-3400 Fax: 913-752-3550 Dgilmore@Bushnell.com | Trade Debt | | $1,273,651.66 |
| 10   Roger Cleveland Golf Co. Inc. | Roger Cleveland Golf Co. Inc. Attn: Bill Bird, President and Amelia Ortega 5601 Skylab Road Huntington Beach, CA 92647 Tel: 714-889-1300 Fax: 714-889-5890 Ameliaortega@Clevelandgolf.com | Trade Debt | | $1,019,243.47 |
| 11   Mizuno Golf Co | Mizuno Golf Co Attn: Robert S. Puccini, President and Dominique Miller 4925 Avalon Ridge Pkwy. Norcross, GA 30071 Tel: 770-441-5553 Fax: 770-448-3234 Dominique.Miller@Mizunousa.com | Trade Debt | | $736,803.69 |
| 12   Google Inc. | Google Inc. Attn: Kent Walker, Senior Vp/General Counsel and Bill Crawford 1600 Amphitheatre Pkwy Mountain View, CA 94043 Tel: 650-253-0000 Fax: 650-253-0001 Billcrawford@Google.com | Trade Debt | | $617,365.45 |

| Debtor | Golfsmith International Holdings, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|---|---|---|---|
| 13 | Golf Gifts & Gallery | Golf Gifts & Gallery Attn:  Attn: President Or General Counsel and Sonya Krunig N 1675 Powers Lake Powers Lake, WI  53159 Tel:  262-279-9820 Fax:  414-279-9830 Sonya@Golfgiftsgallery.com | Trade Debt | | $601,781.71 |
| 14 | OGIO International, Inc. | OGIO International, Inc. Attn:  Michael Pratt, Ceo and Michael Ohai 13702 South 200 West, Suite B12 Draper, UT  84020 Tel:  801-619-4100 Fax:  801-619-4111 Mohai@Ogio.com | Trade Debt | | $572,906.41 |
| 15 | Sue Gove | Sue Gove Attn:  Sue Gove 4408 Long Champ Drive #38 Austin, TX  78746 Tel:  512-837-8810 Fax:  512-837-1245 | Severance | | $564,102.66 |
| 16 | United Parcel Service | United Parcel Service Attn:  David P. Abney, Ceo P.O. Box 7247-0244 Philadelphia, PA  19170 Tel:  404-828-6000 Fax:  404-828-6912 | Trade Debt | | $462,458.67 |
| 17 | ECCO USA Inc | ECCO USA Inc Attn:  Thomas Nelson, President and Kim Abbott 16 Delta Dr Londonderry, NH  03053 Tel:  603-537-7300 Fax:  603-537-9321 kla@ecco.com | Trade Debt | | $459,374.00 |
| 18 | Sun Mountain Sports | Sun Mountain Sports Attn:  Rick Reimers, Owner and Debbie Crietz 301 North 1St Street. Missoula, MT  59802 Tel:  406-728-9224 Fax:  406-728-8998 Dcreitz@Sunmountain.com | Trade Debt | | $458,285.28 |
| 19 | Wilson Sporting Goods Co. | Wilson Sporting Goods Co. Attn:  Roger Talermo, Ceo and Marilyn Jensen 8750 W Bryn Mawr Ave. Chicago, IL  60631 Tel:  773-714-6400 Fax:  773-714-4565 Marilyn.Jensen@Wilson.com | Trade Debt | | $383,819.67 |
| 20 | David Spence | David Spence Attn:  David Spence 14 Langley Avenue Toronto, ON  M4K 1B5 Canada Tel:  647-629-4441 Fax: | Severance | | $334,964.74 |
| 21 | Pride Manufacturing Co LLC | Pride Manufacturing Co LLC Attn:  Judy Grant and Heather Elderkin 155 Franklin Rd, Suite 250 Brentwood, TN  37027 Tel:  207-487-3322 Fax:  207-487-3324 Helderkin@Pridesports.com | Trade Debt | | $259,763.21 |

Debtor    *Golfsmith International Holdings, Inc.*    Case number (if known)
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|---|---|---|
| 22 Eaton Corp. Golf Grip Div. | Eaton Corp. Golf Grip Div.<br>Attn: President Or General Counsel and Dana Graham<br>440 Murray Hill<br>Southern Pines, NC 28387<br>Tel: 910-695-2900<br>danagraham@eaton.com | Trade Debt | | $228,420.71 |
| 23 Excel Trust LP | Excel Trust LP<br>Attn: President Or General Counsel and Brian Allnatt<br>C/O Excel Gardens LLC<br>17140 Bernardo Center Drive, Suite 300<br>San Diego, CA 92198-1324<br>Tel: 858-613-1800 | Rent | | $214,813.82 |
| 24 Volvik Usa, Inc | Volvik Usa, Inc<br>Attn: President Or General Counsel and Giberto Martinez<br>9436 Southridge Park Ct, Suite 400<br>Orlando, Fl 32819<br>Tel: 407-649-0013<br>Fax: 407-649-0015<br>Info@Volvik.Com<br>Volvikusa@Earthlink.Net | Trade Debt | | $209,942.66 |
| 25 BMC Software, Inc | BMC Software, Inc<br>Attn: Robert E. Beauchamp, President<br>2103 Citywest Blvd<br>Houston, TX 77042<br>Tel: 800-793-4262<br>NA. Collections@bmc.com | Trade Debt | | $203,510.00 |
| 26 Sport Casuals | Sport Casuals<br>Attn: Allen Shukow, President and CEO and Russ Maloney<br>2600 North Military Trail, Suite 205<br>Boca Raton, FL 33431<br>Tel: 501-417-0910<br>Fax: 561-417-0993<br>allenshukow@sportcasuals.com<br>russmaloney@sportcasuals.com | Trade Debt | | $199,550.15 |
| 27 Lamkin | Lamkin<br>Attn: Bob Lamkin, Ceo and Steven Snow<br>6530 Gateway Park Dr.<br>San Diego, CA 92154<br>Tel: 619-661-7090<br>Fax: 619-661-0014<br>Customerservice@Lamkingrips.Com<br>Steves@Lamkingrips.com | Trade Debt | | $189,306.23 |
| 28 Maibor Corp | Maibor Corp<br>Attn: President Or General Counsel and Jeremy Chang<br>328 Shing An Road Chung-Chuang<br>Tai Chung Hsien 803<br>Taiwan<br>Tel: 886-4-26713663<br>Fax: 866-4-26711147<br>Maibor@Ms9.Hinet.Net<br>jeremy@dynastygolf.com.tw | Trade Debt | | $183,534.51 |
| 29 The Proactive Sports Group | The Proactive Sports Group<br>Attn: President Or General Counsel and Kathy Torres<br>1200 Se 2Nd Ave<br>Canby, OR 97013<br>Tel: 800-369-8642<br>Fax: 503-263-8579<br>Kathyt@Proactivesports.com | Trade Debt | | $180,677.76 |

Debtor   _Golfsmith International Holdings, Inc._   Case number (if known) _____
                    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim |
|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
| 30   Formosa Golf Corporation | Formosa Golf Corporation Attn:  President Or General Counsel and Ines Hsiao 2Nd Floor No. 103  Nan Yeh Road- Chen Sun Kaohsiung 800665 Taiwan Tel:  305-262-8600 Fax:  305-262-8009 Info@Datamyne.Com Ines.Hsiao@Sw-Golf.com | Trade Debt | | $176,883.09 |

Fill in this information to identify the case and this filing:

Debtor Name  Golfsmith International Holdings, Inc.

United States Bankruptcy Court for the District of  Delaware
(State)

Case number (if known): _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**                                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 14, 2016          x _____
                 MM/DD/YYYY                  Signature of individual signing on behalf of debtor

                                             Brian E. Cejka
                                             Printed name

                                             Chief Restructuring Officer
                                             Position or relationship to debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------x
                                                :
In re                                           :        Chapter 11
                                                :
GOLFSMITH INTERNATIONAL                         :        Case No. 16-_____ (___)
HOLDINGS, INC., et al.,                         :
                                                :        Joint Administration Requested
            Debtors.¹                           :
                                                :
------------------------------------------------x
```

### CONSOLIDATED CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), attached hereto as **Exhibit "A"** is an organizational chart reflecting all of the ownership interests of Golf Town USA Holdings Inc. ("**Parent Debtor**") and certain of its subsidiaries and affiliates (the "**Non-Parent Debtors**" and, together with Parent Debtor, the "**Debtors**"), proposed debtors and debtors in possession in the above-captioned chapter 11 cases. Parent Debtor, on behalf of itself and the Non-Parent Debtors, respectfully represents as follows:

1.     Golfsmith International Holdings LP ("**Golfsmith TopCo**"), a Canadian limited partnership, directly owns 100% of the Class A nonvoting common stock and 14% of the Class B voting common stock in Parent Debtor. OPE Golf USA Holdings Limited owns 86% of

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Golfsmith International Holdings, Inc. (4847); GMAC Holdings, LLC (3331); Golf Town USA Holdco Limited (5562); Golf Town USA Holdings Inc. (7038); Golf Town USA, LLC (0259); Golfsmith 2 GP, L.L.C. (2218); Golfsmith Europe, L.L.C. (2408); Golfsmith Incentive Services, L.L.C. (2730); Golfsmith International, Inc. (7337); Golfsmith International, L.P. (4257); Golfsmith Licensing, L.L.C. (5499); Golfsmith NU, L.L.C. (2404); and Golfsmith USA, L.L.C. (2405). The Debtors' corporate headquarters is located at 11000 North IH-35, Austin, TX 78753.

the Class B voting common stock in Parent Debtor.   Golfsmith TopCo is not a Debtor in the above-captioned chapter 11 cases.

      2.      Each Debtor listed in **Exhibit "A"** is wholly owned by its direct parent unless otherwise noted.

## **Exhibit A**

**Corporate Organizational Chart**

# Corporate Organizational Chart



Fill in this information to identify the case and this filing:

Debtor Name   Goldsmith International Holdings, Inc.

United States Bankruptcy Court for the District of   Delaware
                                              (State)

Case number (if known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule ___

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒   Other document that requires a declaration   Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 14, 2016          X _____
              MM/DD/YYYY                  Signature of individual on behalf of debtor

                                          Brian E. Cejka
                                          Printed name

                                          Chief Restructuring Officer
                                          Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

--------------------------------------------------------- x
                            :

*In re:*                      :      Chapter 11
                            :

**GOLFSMITH INTERNATIONAL**  :      Case No. 16– _____ (   )
**HOLDINGS, INC.,**            :
                            :

        **Debtor.**           :
                            :

--------------------------------------------------------- x

## LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
## RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Golf Town USA Holdings Inc. | Common Stock | 100% |

Fill in this information to identify the case and this filing:

Debtor Name  Golfsmith International Holdings, Inc.

United States Bankruptcy Court for the District of  Delaware
                                                    (State)

Case number (if known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ▮  Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule ____

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑   Other document that requires a declaration List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on  September 14, 2016 | X | _____ |
|---|---|---|
| MM / DD / YYYY | | Signature of individual signing on behalf of debtor |
| | | Brian E. Cejka |
| | | Printed name |
| | | Chief Restructuring Officer |
| | | Position or relationship to debtor |