## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| GOLFSMITH INTERNATIONAL HOLDINGS, INC., *et al.,* | Case No. 16-10233 (CSS)<br>(Joint Administration Requested) |
| Debtors. | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JULIA FROST-DAVIES

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Julia Frost-Davies of the law firm Morgan Lewis & Bockius LLP, One Federal Street, Boston, MA 02110-1726, as counsel to Antares Capital LP in the above-captioned cases.

Dated: September 14, 2016
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ J. Cory Falgowski
J. Cory Falgowski (No. 4546)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
jfalgowski@reedsmith.com

Counsel to Antares Capital LP

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the Commonwealth of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: September 14, 2016

Julia Frost-Davies
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7700
Facsimile: (617) 341-7701
julia.frost-davies@morganlewis.com