**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Golfsmith International Holdings, Inc. | : | Case No. 16-12033 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Callaway Golf Company**, Attn: Diana Schelin, 2180 Rutherford Rd, Carlsbad, CA 92008, Phone: 760-804-4247, Fax: 760-804-4292

2. **Taylormade Golf Company, Inc.**, Attn: Brad Wardenburg, 5545 Fermi CT, Carlsbad, CA 92008, Phone: 760-918-6122, Fax: 806-767-6921

3. **Nike USA, Inc.**, Attn: Kim Stewart, One Bowerman Drive, Beaverton, OR 97005, Phone: 503-532-7856, Fax: 503-820-3008

4. **Ping**, Attn: Frank Beahm, P.O. Box 82000, Phoenix, AZ 85071-2000, Phone: 602-687-5370 Fax: 602-687-4482

5. **Acushnet Company**, Attn: Sharon Nickerson and Mark Storey, 333 Bridge St., Fairhaven, MA 02719, Phone: 508-979-3443, Fax: 508-979-3913

6. **Kimco Realty Corp.**, Attn: Raymond Edwards, 3333 New Hyde Park Road, Suite 100, New Hyde Park, NY 11042, Phone: 516-896-2586

7. **DDR Corp.**, Attn: Renee Weiss, Esq., 3300 Enterprise Parkway, Beachwood, OH 44122, Phone: 216-755-5662, Fax: 216-755-1662

ANDREW R. VARA
Acting United States Trustee, Region 3

/s/ Jane Leamy for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: September 23, 2016

Attorney assigned to this Case: Jane Leamy Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark D. Collins Esq., Phone: 302-651-7700, Fax: 302-651-7701