**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **GOLFSMITH INTERNATIONAL HOLDINGS, INC., et al.,** | § | **Case No. 16-12033-CSS** |
| | § | |
| | § | |
| **Debtors.**[1] | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PLEADINGS**

*To the Clerk of the Bankruptcy Court:*

PLEASE TAKE NOTICE that 8701 Airport, L.P., a Texas limited partnership ("8701 Airport"), by and through its counsel Singer & Levick, P.C., files this, its Notice of Appearance.

Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, 8701 Airport respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon their counsel at the address, telephone number and email address listed below.

Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
(972) 380-5533
(972) 380-5748 – facsimile
mshriro@singerlevick.com

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Golfsmith International Holdings, Inc. (4847); GMAC Holdings, LLC (3331); Golf Town USA Holdco Limited (5562); Golf Town USA Holdings Inc. (7038); Golf Town USA, LLC (0259); Golfsmith 2 GP, L.L.C. (2218); Golfsmith Europe, L.L.C. (2408); Golfsmith Incentive Services, L.L.C. (2730); Golfsmith International, Inc. (7337); Golfsmith International, L.P. (4257); Golfsmith Licensing, L.L.C. (5499); Golfsmith NU, L.L.C. (2404); and Golfsmith USA, L.L.C. (2405). The Debtors' corporate headquarters is located at 11000 North IH-35, Austin, TX 78753.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice and Service of Pleadings is without prejudice to: (1) 8701 Airport's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit 8701 Airport to the jurisdiction of the Court.

DATED this 23rd day of September 2016.

Respectfully submitted,

SINGER & LEVICK, P.C.

By: /s/Michelle E. Shriro
Michelle E. Shriro
Delaware Bar No. 3219

16200 Addison Road, Suite 140
Addison, Texas 75001
Tel. (972) 380-5533
Fax (972) 380-5748
mshriro@singerlevick.com

ATTORNEYS FOR 8710 AIRPORT, L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that Notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on this 23rd day of September 2016.

/s/Michelle E. Shriro
Michelle E. Shriro