Timothy T. Mitchell (TX14223000)
Rashti and Mitchell, Attorneys at Law
4422 Ridgeside Drive
Dallas, Texas 75244                                    Objections: January 5, 2018@4:00 p.m. ET
Telephone: (972) 661-9471                              Hearing: January 23, 2018@11:00 a.m. ET
Facsimile: (972) 503-9611
E-Mail: tim@rashtiandmitchell.com
Attorney for EQYInvest Owner I, Ltd., LLP

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  | X |  |
|---|---|---|
| In re: | X | Chapter 11 |
|  | X |  |
| **Golfsmith International Holdings,** | X | Case No.: 16-12033-(LSS) |
| **Inc., et al** | X |  |
|  | X | (Jointly Administered) |
| Debtors. | X |  |

**LIMITED OBJECTION OF EQYINVEST OWNER I, LTD., LLP TO JOINT MOTION OF DEBTORS AND CREDITORS COMMITTEE FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105 (a), 305 (a), 349 AND 1112 (b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1017(I) AUTHORIZING THE DISMISSAL OF THE DEBTORS' CASE UNDER CERTIFICATION OF COUNSEL AND (II) GRANTING CERTAIN RELATED RELIEF**

COMES NOW, EQYInvest Owner I, Ltd., LLP (hereinafter referred to as "EQYInvest"), a creditor and landlord of the Debtors, by and through its undersigned counsel, and would respectfully show the Court as follows: you

**BACKGROUND**

1. On September 14, 2016 ("Petition Date"), the above-captioned debtors and debtors in possession (collectively, "Debtors") filed voluntary petitions under Chapter 11 of title 11 of the United States code ("Bankruptcy Code").

2. On December 22, 2017, the Debtors filed the Joint Motion of Debtors and Creditors Committee for Entry of an Order Pursuant to Sections 105 (a), 305 (a), 349 and 1112 (b) of the

Bankruptcy Code and Bankruptcy Rule 1017(I) Authorizing the Dismissal of the Debtors' Case under Certification of Counsel and (II) Granting Certain Related Relief (Docket #1162) (herein the "#1162 Motion".

3. The relevant documents for EQYInvest are Shopping center Lease agreement dated August 31, 2012 (herein the "Lease") by and between EQYInvest Owner I, Ltd., LLP, as landlord, and Debtor Golfsmith USA, L.L.C., as tenant (herein "Debtor") whereby Debtor agreed to lease from EQYInvest Owner I, Ltd., LLP approximately 40,151 square feet of rentable floor area (the "Premises") located at 1210 Fry Road, Houston, TX 77084, in the City of Houston, Texas under the terms and conditions set forth in the Lease. A true and correct copy of the Lease and lease amendment and the lease supplement and the revised commencement letter are attached to EQYInvest's proof of claim previously filed herein as Exhibit "A" and incorporated herein as if set forth verbatim. The Guaranty of Lease signed jointly and severally by Debtors Golfsmith International Holdings, Inc. and Golfsmith International, Inc. (herein the "Guarantor Debtors") is attached to EQYInvest's proof of claim previously filed herein as Exhibit "B" and incorporated herein as if set forth verbatim. The Premises is in the City of Houston, Texas. EQYInvest Owner I, Ltd., LLP is the landlord under the Lease. EQYInvest Owner I, Ltd., LLP has all right, title and interest of the landlord in the Lease, the Premises and the Shopping Center. The Lease was rejected on or about February 21, 2017, retroactively effective as of December 31, 2016, by notice of motion and hearing filed under Docket entry #584 of this bankruptcy.

4. EQYInvest is owed $61,615.27 for stub rent (herein called the "EQYInvest Stub Rent"), being liability entitled to priority administrative claims and expense status under Section 11 U.S.C.S. Sections 503(b), 507(a)(1) and 365(d)(3) of the Bankruptcy Code for actual and necessary costs and expenses of operating Debtor's Store Number 120 located at 1210 Fry Road, Houston, TX 77084, in the City of Houston, Texas, being unpaid obligations, from September 14, 2016 through December 31, 2016, for 2016 ad valorem property taxes in the amount of $207,303.73 prorated from September 14, 2016 through December 31, 2016 or 3 and 17/30 months calculating to $61,615.27, which has been requested in EQYInvest's proof of claim previously filed herein.

**LIMITED OBJECTION**

5. EQYInvest objects to the #1162 Motion only to the extent that the #1162 Motion purports to absolve Debtors from paying the EQYInvest Stub Rent to EQYInvest.

6. Further, EQYInvest objects to the #1162 Motion only to the extent that the #1162 Motion purports to absolve Debtors from paying any other amounts that would otherwise be payable to Debtors' landlords similarly situated to EQYInvest.

7. Further, to the extent not inconsistent with the arguments raised herein or the EQYInvest Lease, EQYInvest hereby joins in the objections raised by other parties in interest to the #1162 Motion.

**WHEREFORE**, EQYInvest respectfully requests that the Court modify any proposed order that grants the #1162 Motion as consistent with the foregoing objections and that grants EQYInvest such further and additional relief as the Court may deem just and proper.

Dated: January 2, 2018
　　　　Dallas, Texas

　　　　　　　　　　　　　　　　**Respectfully submitted,**
　　　　　　　　　　　　　　　　**RASHTI AND MITCHELL**
　　　　　　　　　　　　　　　　**ATTORNEYS AT LAW**
　　　　　　　　　　　　　　　　/s/ Timothy T. Mitchell
　　　　　　　　　　　　　　　　Timothy T. Mitchell
　　　　　　　　　　　　　　　　Texas State Bar Number 14223000
　　　　　　　　　　　　　　　　Donna Kaye Rashti
　　　　　　　　　　　　　　　　Texas State Bar Number 16553400
　　　　　　　　　　　　　　　　4422 Ridgeside Drive
　　　　　　　　　　　　　　　　Dallas, Texas 75244
　　　　　　　　　　　　　　　　Phone 972-661-9471
　　　　　　　　　　　　　　　　Fax (972) 503-9611
　　　　　　　　　　　　　　　　tim@rashtiandmitchell.com
　　　　　　　　　　　　　　　　donna@rashtiandmitchell.com
　　　　　　　　　　　　　　　　**Attorneys for EQYInvest Owner I, Ltd., LLP**

## CERTIFICATE OF SERVICE

      I Timothy T. Mitchell do hereby certify that a true and correct copy of the above Limited Objection of EQYInvest Owner I, Ltd., LLP to Joint Motion of Debtors and Creditors Committee for Entry of an Order Pursuant to Sections 105 (a), 305 (a), 349 and 1112 (b) of the Bankruptcy Code and Bankruptcy Rule 1017(I) Authorizing the Dismissal of the Debtors' Case under Certification of Counsel and (II) Granting Certain Related Relief has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 2nd day of January, 2018.

Weil, Gotshal & Manges LLP,
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
Fax-212-310-8007
(Attn: Michael F. Walsh, Esq.)
(Attn: David N. Griffiths, Esq.)
(Attn: Charles M. Persons, Esq.)

Richards, Layton and Finger, P.A.,
Attorneys for the Debtors
One Rodney Square
920 North King Street,
Wilmington, DE 19801
Fax-302-651-7701
(Attn: Mark D. Collins, Esq.)
(Attn: John H. Knight, Esq.)
(Attn: Zachary I. Shapiro, Esq.)
(Attn: Brett M. Haywood, Esq.)

                                  /s/ Timothy T. Mitchell
                                  Timothy T. Mitchell
                                  Texas State Bar Number 14223000
                                  **Attorneys for EQYInvest Owner I, Ltd, LLP**